<div align="center">

IN THE UNITED STATES COURT OF APPEALS FOR
THE FOURTH CIRCUIT

</div>

| UNITED STATES | : | |
| --- | --- | --- |
| | : | |
| | : | |
| v. | : | Case No. 13-4491 |
| | : | |
| SAVINO BRAXTON | : | |
| | : | |
| Appellant | : | |

<div align="center">

**STATUS REPORT REGARDING MR. BRAXTON'S
REQUEST FOR DOCUMENTS**

</div>

Comes now, Savino Braxton, by and through counsel, Andrew R. Szekely, The Law Offices of Andrew R. Szekely, LLC, and respectfully files this status report regarding Mr. Braxton's request for documents:

1. Today, March 10, 2014, the undersigned spoke with Christina Clark, Esq., regarding the transcripts in this matter. She confirmed the documents were received and passed along to Mr. Braxton's unit manager.

2. Ms. Clark's understanding with that these materials would be shared with Mr. Braxton in the next several days.

<div style="margin-left: 50%;">

Respectfully submitted,

_____/s/_____
Andrew R. Szekely
The Law Offices of
Andrew R. Szekely, LLC
7501 Greenway Center Drive
Suite 460
Greenbelt, MD 20770
301-358-1048

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2014, the foregoing Status Report was sent via ECF to John F. Purcell, Jr., Esq., Office of the United States Attorney, via ECF.

_____/s/_____
Andrew R. Szekely