# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | :     Case No. 13-4491 |
| | : |
| SAVINO BRAXTON | : |
| | : |
| **Defendant** | : |

## SECOND CONSENT MOTION TO EXTEND FILING DEADLINE FOR OPENING BRIEF AND JOINT APPENDIX

Comes now, Savino Braxton, by and through counsel, Andrew R. Szekely, The Law Offices of Andrew R. Szekely, LLC, and respectfully moves this Honorable Court to extend by 30 days, or until June 12 2014, the deadline for filing the opening brief and joint appendix in this case, and in support thereof states as follows:

1. The opening brief and joint appendix in this matter are due to be filed on or before May 13. 2014. This is the second briefing deadline in this matter.

2. This case was stayed from January 28, 2014, through April 8, 2014, as Mr. Braxton was seeking to have the undersigned removed from the case. Pursuant to Mr. Braxton's clearly stated position regarding the status of counsel in the case, the undersigned ceased all work on the case while this Court addressed Mr. Braxton's motions to proceed *pro se*.

1

3. In early April, Mr. Braxton filed a letter with the Court in which he stated his desire to retain counsel and proceed accordingly.

4. Due to matters pending before other courts the undersigned will not be able to file the opening brief in this matter by the current deadline.

5. The undersigned is therefore seeking in extension of 30 days, or until June 12, 2014.

6. The United States, by and through counsel John F. Purcell, Jr., consents to this request.

Wherefore, the Defendant respectfully requests that this Honorable Court extend by 30 days, or until June 14, 2014, the deadline for filing the opening brief and joint appendix in this case

Respectfully submitted,

_____/s/_____
Andrew R. Szekely
The Law Offices of
Andrew R. Szekely, LLC
7501 Greenway Center Drive
Suite 460
Greenbelt, MD 20770
301-358-1048

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, the foregoing Motion to Extend was sent via ECF to John F. Purcell, Jr., Esq., Office of the United States Attorney, via ECF.

_____/s/_____
Andrew R. Szekely